# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

SEP 03 2024

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| PAULA A. MOTT | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 4:24-cv-03084 |
| SCHNEIDER ELECTRIC, INC., | § | |
| SCHNEIDER ELECTRIC SYSTEMS | § | |
| USA, INC., SCHNEIDER ELECTRIC | § | |
| CANADA, INC., | § | |
| Collectively "SCHNEIDER ELECTRIC", | § | JURY TRIAL DEMAND |
| and the individuals, | § | |
| NASIR MUNDH, an individual, | § | |
| ANDREW NIX, an individual, | § | |
| NICOLA FOX, an individual, | § | |
| JAY ABDALLAH, an individual, | § | |
| Defendants, | | |

## MOTION BY PRO SE LITIGANT TO PARTICIPATE IN ELECTRONIC FILING

I, PAULA A. MOTT, am a PRO SE PLAINTIFF in this civil action. I have filed an appearance as a pro se litigant, and I hereby request permission to file electronic documents. In so doing, I consent to the court and opposing counsel using my email address, as listed below, for the purpose of sending me electronic notification of orders, notices, and other documents that are filed in my case. I understand that hard copies will no longer be issued by the court or opposing counsel. I understand that if my motion is granted, if required, I must complete the Court's training class on electronic filing for pro se litigants before I can actually begin filing documents electronically.

I certify that I can comply with the following requirements:

- A computer with access to the internet.
- Internet Explorer (Version 6 or greater) or Mozilla Firefox (any version).
- Adobe Reader (Version 7 or greater).
- Ability to create PDF files

**Name of Pro Se Litigant:** Paula A. Mott
**Address:** 713 Tanglewood,
c/o: D. Dawson, Attn: Paula Mott
Houston, TX 77056
**Email:** paula.mott@protonmail.com
**Mobile:** (281) 844 7760

Respectfully,
*/s/ Paula A. Mott*
**Paula A. Mott**
**PRO SE PLAINTIFF**
September 3, 2024

# **CERTIFICATE OF SERVICE**

I, **PRO SE PLAINTIFF PAULA A. MOTT**, do hereby certify that on September 3rd, 2024 (09/03/2024), a copy of the foregoing "Motion by Pro Se Litigant to Participate in Electronic Filing" was filed and served by mail on the following:

ATTORNEY FOR THE DEFENDANTS

Kelcy L. Palmer
State Bar No. 24088099
kpalmer@littler.com

Jay Zhang
State Bar No. 24110574
jzhang@littler.com

LITTLER MENDELSON, P.C.
1301 McKinney Street, Suite 1900
Houston, TX 77010
Tel: 713.951.9400

*/s/ Paula A. Mott*
Paula A. Mott
**PRO SE PLAINTIFF**
September 3, 2024
(09/03/2024)